**Order filed September 6, 2012**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-11-01002-CV**

———————

**CHRISTINE E. REULE, Appellant**

**V.**

**RLZ INVESTMENTS, Appellee**

---

**On Appeal from County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1001350**

---

## ORDER

A partial clerk's record has been filed in this appeal containing the trial court's order sustaining the county clerk's contest to the affidavit of inability to pay costs on appeal filed by appellant. The record contains a "NOTICE OF HEARING" for the contest to be held on November 29, 2011. No reporter's record of that hearing has been filed. Accordingly, we order the court reporter, **Karen S. Field**, to file the record of the hearing held November 29, 2011, **within twenty (20) days** of the date of this order.

PER CURIAM